IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

BECKLEY DIVISION

JEFFREY C. SKEENS, et al.,

        Plaintiffs,

v.           CIVIL ACTION NO.   5:13-cv-20595

ALPHA NATURAL RESOURCES, INC., et al.,

        Defendants.

### JUDGMENT ORDER

In accordance with the accompanying Memorandum Opinion and Order granting Defendants Alpha Natural Resources, Inc. and Alpha Appalachia Holdings, Inc.'s Motion to Dismiss (Document 9), the Court **ORDERS** that judgment be entered accordingly.  Specifically, the Court **ORDERS** the Plaintiffs' Amended Complaint and all claims enumerated in Counts One through and including Five be **DISMISSED WITH PREJUDICE**, and that this matter be **STRICKEN** from the docket.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and to any unrepresented party.

        ENTER:    October 31, 2013

*[signature: Irene C. Berger]*
IRENE C. BERGER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF WEST VIRGINIA